# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jose Enrique Arce-Cervera, | Case No. 2:25-cv-01895-CDS-NJK |
| Petitioner | **Service Order** |
| v. | |
| Kristi Noem, et al., | |
| Respondents | |

Petitioner Jose Enrique Arce-Cervera, an immigration detainee, has filed a counseled petition for federal habeas corpus relief under 28 U.S.C. § 2241 and motion for temporary restraining order, seeking, *inter alia*, his immediate release from ICE custody. ECF Nos. 1, 5. I direct that the petition and motion be served on the respondents.

I HEREBY ORDER the Clerk of Court to:

1. **DELIVER** a copy of the petition (ECF No. 1), the exhibit (ECF No. 3), declarations (ECF Nos. 4, 6), motion (ECF No. 5), and this order to the U.S. Marshal for service;

2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party;

3. **SEND**, through CM/ECF, a copy of the petition (ECF No. 1), the exhibit (ECF No. 3), declarations (ECF Nos. 4, 6), motion (ECF No. 5), and this order to the Chief of the Civil Division for the United States Attorney for the District of Nevada in accordance with Federal Rule of Civil Procedure 5(b)(2)(E);

4. **MAIL** a copy of the petition (ECF No. 1), the exhibit (ECF No. 3), declarations (ECF Nos. 4, 6), motion (ECF No. 5), and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

      a) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

      b) Pam Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

      c) Todd M. Lyons, Acting Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536

      d) Jason Knight, Acting Las Vegas Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

      e) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

It is further ordered that the U.S. Marshal **SERVE** a copy of the petition (ECF No. 1), the exhibit (ECF No. 3), declarations (ECF Nos. 4, 6), motion (ECF No. 5), and this order on the Chief of the Civil Division for the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is further ordered that counsel for the respondents file a notice of appearance by October 14, 2025, file and serve their response to the motion by October 21, 2025, and file and serve their response to the petition by November 7, 2025.

It is further ordered that Arce-Cervera has 14 days following the filing of the response to the petition to file a reply, if desired.

It is further ordered that Local Rule LR 7-2(b) governs the scheduling for responses and replies to motions filed by either party.

Dated: October 7, 2025

_____
Cristina D. Silva
United States District Judge